# DRAKE LOEB PLLC
ATTORNEYS AT LAW

555 Hudson Valley Avenue, Suite 100
New Windsor, New York 12553

Phone: 845-561-0550
Fax: 845-561-1235
www.drakeloeb.com

James R. Loeb
Richard J. Drake, retired
Glen L. Heller*
Marianna R. Kennedy
Gary J. Gogerty
Stephen J. Gaba
Adam L. Rodd
Dominic Cordisco
Ralph L. Puglielle, Jr.
Nicholas A. Pascale
Alana R. Bartley**
Aaron C. Fitch

Judith A. Waye
Meghan R. LoCicero
Michael J. Barfield**

Jennifer L. Schneider
Managing Attorney

*LL.M. in Taxation
**Member NJ & NY Bar

**VIA ECF**
Hon. Philip M. Halpern
Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, New York 10601

> Application granted in part and denied in part. The Court will separately docket an Order of Reference to the assigned Magistrate Judge for settlement. This case will not, however, be stayed.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> February 6, 2023

Re:   Brach and Stewart Hill v. Town of New Windsor
      Index No. 7:21-cv-01312
      Our File No.: 12132A-72241

Dear Judge Halpern:

This firm represents the Town of New Windsor Defendants in the above referenced matter. Please accept this letter as the parties' joint letter concerning settlement and mediation which is filed today pursuant to paragraph 9 of this Court's Discovery Plan and Scheduling Order.

The parties have conferred and jointly request, on consent, that this matter be referred to a Magistrate Judge to be designated by the Court for the purposes of facilitating settlement discussions for a period of 90 days, and that all interim discovery dates be held in abeyance for the duration of that referral so as to permit the parties to engage in frank and productive discussions without incurring additional costs and expenses. If it pleases the Court, the parties are available to participate in a conference at the Court's earliest convenience. Thank you.

Respectfully Submitted,

NICHOLAS A. PASCALE

cc via ECF:
Robert S. Rosborough, IV, Esq.
Whiteman, Osterman & Hanna LLP

NAP/1146840

Writer's Direct
Phone: 845-458-7398
Fax: 845-458-7399
npascale@drakeloeb.com