UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

Brach,

                                Plaintiffs,

-against-

Town of New Windsor, et al.,

                                Defendant.

------------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

**7:21-cv-01312-VR**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/2024

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for **October 1, 2024 at 11:00 AM.** The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739 and then # to enter the conference.

      SO ORDERED.

DATED:    White Plains, New York
               September 3, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge