UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Brach, et al.,

         Plaintiffs,        21-cv-01312-VR

   -against-           **ORDER**

Town of New Windsor, et al.,

         Defendants.
------------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

 On October 3, 2025, the Court directed the parties to submit a joint status letter by no later than November 3, 2025, updating the Court on the status of settlement. (ECF No. 115). The Court has not yet received any such letter. The parties are reminded to submit a status letter, which is now due **November 10, 2025**.

 **SO ORDERED.**

DATED:  White Plains, New York
      November 5, 2025

               _____
               VICTORIA REZNIK
               United States Magistrate Judge