USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
Brach, et al.,

                                          Plaintiffs,                                    21-cv-01312-VR

                    -against-                                                                  **ORDER**

Town of New Windsor, et al.,

                                          Defendants.
------------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

On March 23, 2026, the Court directed the parties to submit a joint status letter by no later than May 22, 2026, updating the Court on the status of settlement. (ECF No. 124). The Court has not yet received any such letter. The parties are reminded to submit a status letter, which is now due **May 29, 2026**.

     **SO ORDERED.**

DATED:    White Plains, New York
               May 26, 2026

_____
VICTORIA REZNIK
United States Magistrate Judge