USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/4/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

Brach, et al.,

Plaintiffs,

-against-

Town of New Windsor, et al.,

Defendants.

--------------------------------------------------------------X

21-cv-01312-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

On June 1, 2026, the Court directed the parties to submit a joint status letter by no later than August 3, 2026, updating the Court on the status of the settlement agreement. (ECF No. 127). The Court has not yet received any such letter. The parties are reminded to submit a joint status letter, which is now due **August 7, 2026**.

**SO ORDERED.**

DATED: White Plains, New York
August 5, 2026

VICTORIA REZNIK
United States Magistrate Judge